Matter of Canny (2025 NY Slip Op 06117)

Matter of Canny

2025 NY Slip Op 06117

Decided on November 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 6, 2025

PM-249-25
[*1]In the Matter of Katherine Rose Canny, an Attorney. (Attorney Registration No. 5506605.)

Calendar Date:November 3, 2025

Before:Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ.

Katherine Rose Canny, Dover, New Hampshire, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Katherine Rose Canny was admitted to practice by this Court in 2017 and lists a business address in Dover, New Hampshire with the Office of Court Administration. Canny now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Canny's application.
Upon reading Canny's affidavit sworn to September 3, 2025 and filed September 5, 2025, and upon reading the October 27, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Canny is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ., concur.
ORDERED that Katherine Rose Canny's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Katherine Rose Canny's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Katherine Rose Canny is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Canny is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Katherine Rose Canny shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.